Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

Attorneys for:
MARCO SANDOVAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MARCO SANDOVAL,<br><br>            Defendant. | CASE NO.  23-CR-0113 DJC<br><br>STIPULATION AND ORDER RESETTING J&S TO DECEMBER 11, 2025 |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Robert Abendroth Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant MARCO SANDOVAL, that the current date scheduled for September 11, 2025, be vacated and the matter be continued to this Court's criminal calendar on December 11, 2025, at 9:00 a.m. for judgment and sentencing. Probation has been notified and they have not objection to the schedule. Additional investigation is needed related to sentencing. The briefing schedule will be amended as follows:

2. Judgment and Sentencing Date:           December 11, 2025

3. Reply, or Statement of Non-Opposition:  December 4, 2025

4. Motion for Correction:                  November 27, 2025

5. Report shall be filed with the Court    November 13, 2025

6. Counsels written objections to Probation  October 30, 2025

IT IS SO STIPULATED.

Stip. & Order Continuing J&S                         1

Dated: August 25, 2025              ERIC GRANT
                                    United States Attorney


                                    /s/ Robert Abendroth
                                    ROBERT ABENDROTH
                                    Assistant United States Attorney


Dated: August 25, 2025              /s/  Dina L. Santos
                                    DINA SANTOS, ESQ.
                                    Attorney for Marco Sandoval


**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of August, 2025


                                    /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

Stip. & Order Continuing J&S                 2