1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   defense@dinasantos.com
4

5  Attorneys for:
   MARCO SANDOVAL
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 23-CR-0113 DJC
13 |                       Plaintiff, | STIPULATION AND ORDER RESETTING J&S
   |            v.                    | TO JANUARY 15, 2026
14 | MARCO SANDOVAL,
15 |                       Defendant.

Stip. & Order Continuing J&S                    1

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Robert Abendroth Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant MARCO SANDOVAL, that the current date scheduled for December 11, 2025, be vacated and the matter be continued to this Court's criminal calendar on January 15, 2026, at 9:00 a.m. for judgment and sentencing. Probation has been notified and they have not objection to the schedule. Additional investigation is needed related to sentencing. The briefing schedule will be amended as follows:

2. Judgment and Sentencing Date: January 15, 2026

3. Reply, or Statement of Non-Opposition: January 8, 2025

4. Formal Objections: December 15, 2025

IT IS SO STIPULATED.

Dated: November 18, 2025

ERIC GRANT
United States Attorney

/s/ Robert Abendroth
ROBERT ABENDROTH
Assistant United States Attorney

Dated: November 18, 2025

/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Marco Sandoval

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of November, 2025.

Dated: November 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE