Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160


Attorney for:
Marco Sandoval

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>MARCO SANDOVAL<br><br>                    Defendant. | CASE NO.  CRS 23-000113 DJC<br><br>SEALING ORDER. |

 Upon application of the defendant Marco Sandoval, through his counsel, and good cause being show as set forth in defendant's notice and request to seal,

IT IS HEREBY ORDERED that the Mitigation Report and Character interviews in support of Sentencing Memorandum, shall be SEALED until ordered unsealed by the Court.


Dated:  January 13, 2026            /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Notice of Request to Seal                              1